HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00284-KES-1 |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE; ORDER** |
| vs. | Date:  December 19, 2025 |
| DAVID MARTIN, | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Nick Karp, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for David Martin, that the Court may vacate the status conference currently scheduled for December 19, 2025, at 2:00 p.m. United States Probation Officer Whitney Mize has advised the parties that the Court issued a warrant for Mr. Martin's arrest. In light of the warrant, the parties request that the Court vacate the status conference.

**IT IS SO STIPULATED.**

                                                Respectfully submitted,

                                                ERIC GRANT
                                                United States Attorney

Date: December 15, 2025            */s/ Nick Karp*
                                                NICK KARP
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

|   |   |
|---|---|
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: December 15, 2025 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>DAVID MARTIN |

**O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for December 19, 2025, at 2:00 p.m. is vacated due to defendant's fugitive status.

IT IS SO ORDERED.

Dated:   **December 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge